IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT WALLACE, et al.,

   Plaintiffs,

     v.

RICK CASE AUTO, INC.
A/K/A Rick Case Automotive Group
doing business as
Rick Case Cars A/K/A Gwinnett Audi
A/K/A Gwinnett Auto, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:12-CV-4271-TWT

ORDER

This is a Title VII employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 23] of the Magistrate Judge recommending dismissing the action based upon the mandatory arbitration clauses in the Plaintiffs' employment contracts. The arbitration clauses are typical of those routinely enforced in the federal courts. The Plaintiffs cite no authority in support of their argument that an arbitration clause is void for indefiniteness unless it specifies in detail the number of arbitrators, fees, procedures, etc. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 23 day of October, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge